UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAIME DURAN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:05-CV-138 RM |
| | ) | Arising from 3:03-CR-00006(01)RM |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

OPINION AND ORDER

On June 30, Mr. Duran moved the court to rule on his request for a certificate of appealability, but the court already denied his motion in its April 14, 2005 order. Therefore, the court DENIES Mr. Duran's motion [Doc. No. 10] as not necessary.

SO ORDERED.

ENTERED: July 13, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   J. Duran
      K. Hays